# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 1488

VERSUS

STANLEY LINDSEY

JAN 0 6 2020

---

In Re:    Stanley Lindsey, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 03-05-0854.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the motion filed with the district court, the bill of
information, the habitual offender bill of information, all
pertinent minute entries and/or transcripts, the commitment
order, and any other portions of the district court record that
might support the claims raised in the writ application.
Supplementation of this writ application and/or an application
for rehearing will not be considered. See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event
relator elects to file a new application with this court, the
application must be filed on or before March 3, 2020. Any
future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy
of this ruling.

                         VGW
                         JMG
                         WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment
of the Louisiana Supreme Court.